FILED IN MY OFFICE
DISTRICT COURT CLERK
5/9/2017 3:13:48 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

Joe Gutierrez   ,

        Plaintiff,

vs.

The Hartford Insurance,

and                                    D-504-CV-2017-00421

Anita Canales                        Case assigned to Riggs, Kea W.

        Defendants.

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, Joe Gutierrez, by and through his attorneys of record, Sanders, Bruin, Coll & Worley, P.A. (John Sullivan Hightower ) and for his cause of action against the Defendant states as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a resident of City of Hondo, County of Lincoln, State of New Mexico.

2. Upon information and belief, Defendants are a resident or do business in the City of Pueblo, County of Pueblo, State of Colorado.

3. This Court has jurisdiction over the parties herein and the subject matter herein.

4. That venue is proper in this Court pursuant to NMSA 1978, §38-3-1(A).

5. Anita Canales changed the title in Roswell, New Mexico.

**EXHIBIT**
**A1**

Facts

6. Joe Gutierrez allowed the vehicle with vin #2G1WF5ZK55932263 to be used by a friend named Anita Canales.

7. Anita Canales titled the vehicle in her name.

8. This was done with out Joe Gutierrez's knowledge.

9. Anita Canales added the vehicle to her personal insurance.

10. Anita Canales then reported the vehicle as stolen to her personal insurance.

11. Anita Canales then collected from the insurance company the value of the vehicle.

12. Hartford Insurance accepted the claim without questioning it.

13. The current title and past titles are listed as exhibit "A".

14. The Hartford Insurance Company paid the claim.

15. The Hartford Insurance company took steps to title the vehicle in their name.

16. These actions were taken without Mr. Gutierrez's consent.

17. Mr. Gutierrez has suffered a personal loss.


**Unjust Enrichment (The Hartford Insurance)**

18. Plaintiff adopts and realleges Paragraphs 1 through 17 of this Complaint as if outlined in full.

19. Defendant has knowingly benefited from Plaintiff at Plaintiff's expense.

20. It would be unjust to allow Defendant to continue to benefit from the Plaintiff.

21. Plaintiff has been damaged by the Defendant in an amount, which will be shown at trial of this matter.

**Fraud (The Hartford Insurance)**

22. Plaintiffs adopt and realleges Paragraphs 1 through 21 of this Complaint as if outlined in

full.

23. Defendant misrepresented facts to the Plaintiff.

24. Defendant had knowledge its representations to the Plaintiff were false.

25. Defendant has recklessly misrepresented the facts to the Plaintiff.

26. Plaintiff detrimentally relied on the Defendant's misrepresentations.

27. Plaintiff has been damaged by the Defendant's misrepresentations.

## Unjust Enrichment (Anita Canales)

28 . Plaintiffs adopts and realleges Paragraphs 1 through 27 of this Complaint as if outlined in full.

29. Defendant knowingly benefited from Plaintiff at Plaintiff's expense.

30. It would be unjust to allow the Defendant to continue to benefit from the Plaintiff.

31. Plaintiff has been damaged by the Defendant in an amount, which will be shown

at trial of this matter.

## Fraud (Anita Canales )

32. Plaintiff adopts and realleges Paragraphs 1 through 21 of this Complaint as if outlined in full.

33. Defendant misrepresented facts to Plaintiff.

34. Defendant had knowledge that her representations to Plaintiff were false.

35. Defendant recklessly misrepresented the facts to the Plaintiff.

36 Plaintiff detrimentally relied on Defendant's misrepresentations.

37. Plaintiff has been damaged by Defendant's misrepresentations.

**PRAYER:**

WHEREFORE, Plaintiffs, requests that this Court award to Plaintiff and against Defendant compensatory damages in an amount to be determined at trial, punitive damages, costs and attorneys fees, together with pre-judgment and post-judgment interest at the legal rate with such other and further relief as the Court deems just and proper.

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY, P.A.

John Sullivan Hightower
Post Office Box 550
Roswell, NM  88202-0550
(575) 622-5440
(575) 622-5853 (Fax)
Attorneys for Plaintiff

PLAINTIFF'S EXHIBIT
A

STATE OF NEW MEXICO
TAXATION & REVENUE DEPARTMENT
MOTOR VEHICLE DIVISION
**APPLICATION FOR VEHICLE
TITLE AND REGISTRATION**
MVD-11001 REV 0505




| Title Number | DIVISION USE ONLY |
|---|---|
| 16147304A749601 | |

| Vehicle Identification Number | Year | Make | Model/Series | Number of Lines | Color(s) | Major | Minor |
|---|---|---|---|---|---|---|---|
| 2G1WF52K559322630 | 2005 | CHEV | IMP | 0 | | GR | |

| Secondary ID Number | Wt. Wheels | First Year Reg. | Date of Issue | Type of Title | |
|---|---|---|---|---|---|
| 0200200 | 3429 | 2005 | 05/26/2016 | 03 | 01 - First Time  02 - Duplicate  03 - Title Transfer  04 - Not Reg. - Car  05 - Lien Release  51 - Non Registration |

| Name and Mailing Address of Registered Owner(s) | DGVW | Cyls | Body Type | Type of Fuel | | Odometer* |
|---|---|---|---|---|---|---|
| GUTIERREZ JOE OR | 0 | 06 | 4D | G | 01 - Gasoline  03 - Diesel  10 - Liquefied  20 - Other | 0098958 |
| GUTIERREZ SHANIA | License Plate Number(s) | | | Vehicle Brand | | Vehicle Class |
| P O BOX 162 | 311TMJ | | | | | PASSENGER |
| HONDO NM 00000 | Title Use | | Previous Title No. and State | | | Date Purchased |
| | P | | 16130426A549951 NM | | | 05/04/2016 |

| Fleet Number | Commercial Vehicle | SSN? | Direct Registration | # of Passengers | # of Doors | # of Axles |
|---|---|---|---|---|---|---|
| | | | N | 000 | 0 | 000 |

| 1st Reg. Owner's Social Security / Employer Identification / CRS No. | 1st Reg. Owner D.O.B. | N.M. Driver License No. | N.M. Veteran Cert. No. |
|---|---|---|---|
| XXX-XX-8208 | 08/13/1943 | 000387762 | 00000000 |

| FIRST LIEN HOLDER | File Date | Maturity Date | SECOND LIEN HOLDER | File Date | Maturity Date |
|---|---|---|---|---|---|
| Name and Address | | | Name and Address | | |
| 00000 | | | 00000 | | |

| Dealer/Plate No. | Dealer Lic. No. | Mobile Home Size | City | Approximate Location (Mobile Homes) | Suspended By |
|---|---|---|---|---|---|
| | 000000000 | 00*000 | 00 | | |

| Trade-In VIN (if Applicable) | | REG. EXPIRATION: | MONTH DAY YEAR | Entered By |
|---|---|---|---|---|
| | | | 05/31/2017 | |

| Residence Address if Different Than Mailing Address | Reg. Sticker Number: 000000000 | | Sale Price |
|---|---|---|---|
| P O BOX 162 | | | 3300.00 |
| HONDO NM 00000 | **IMPORTANT: THERE IS A PENALTY CHARGE FOR FAILING TO RENEW BY THIS DEADLINE.** | | Less Trade In  0.00 |

**\*ODOMETER DISCLOSURE STATEMENT**

FEDERAL AND STATE LAW REQUIRES THE TRANSFEROR (SELLER) OF A VEHICLE TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP. ANYONE CONVICTED OF A FRAUDULENT ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND / OR IMPRISONMENT.

I hereby certify that the ODOMETER READING of the vehicle described above is _____ (no tenths) miles and that it reflects of my knowledge and belief, unless one of the following:

\*Mileage Codes: ☐ THE ACTUAL MILEAGE (AM)*   ☐ MILEAGE IN EXCESS OF MECHANICAL LIMITS (EL)*   ☐ WARNING: NOT THE ACTUAL MILEAGE - ODOMETER DISCREPANCY (NM)*

| | | | | | Net Difference  3300.00 |
|---|---|---|---|---|---|
| | | | | 90 | Net Excise Tax  0.00 |
| Printed Name of Seller | X  Signature of Seller | | Date of Statement | | Registration  0.00 |
| Printed Name of Purchaser | X  Signature of Purchaser | | Date of Statement | 52 | Late Reg. Penalty  0.00 |
| | | | | 51 | Veh. Allowance  0.00 |

NOTICE: **Payment of the registration fee and acceptance of the application by the Motor Vehicle Division constitutes an affirmation that the applicant for title and registration has complied with the requirements of the Mandatory Financial Responsibility Act, NMSA 1978 §66-5-201 through 66-5-239.**

APPLICANT CERTIFICATION: **I (We) hereby certify that the information given herein is true and correct to the best of my (our) knowledge and affirm that I (we) have complied with the requirements of the Mandatory Financial Responsibility Act with respect to this vehicle.**

| | | | | NOT SPECIAL | Net Registration  0.00 |
|---|---|---|---|---|---|
| | | | | 0 | Spec. Plate Fee  0.00 |
| Printed Name of 1st Registered Owner | X  Signature of 1st Registered Owner | | Date of Statement | 61 | Admin Fee  2.00 |
| Printed Name of 2nd Registered Owner | X  Signature of 2nd Registered Owner | | Date of Statement | 55 | Substitution Fee  0.00 |
| | | | | 70 | Late Transfer Fee  0.00 |

*The Division is not responsible for false or fraudulent statements the applicant registered owner makes in connection with this application, nor is the Division liable for lien recording errors. The registered owner must notify the Division of any errors contained in the title and registration issued pursuant to this application.*

| | | | 72 | Duplicate Title Fee  11.50 |
|---|---|---|---|---|

NCIC Check By _____

Remarks: DP TL AP ADD RMV NAM

ACCEPTED BY: Signature of MVD Employee _____

| TOTAL FEES | $16.50 |
|---|---|



# Motor Vehicle Department

**Susana Martinez**
Governor
**Demesia Padilla, CPA**
Cabinet Secretary

NEW MEXICO

05/26/2016

2:21 PM

Roswell Office - 04A

200 East Wilshire Blvd

Roswell, NM 88201

(575) 624-6063

Interaction #: R1215558656

Clerk Initials: AV

Letter ID: L1423580672

| License/Vehicle Number | Description | Amount |
|---|---|---|
| 2G1WF52K559322630 | MVD2.0 : 20160526-04A-ABV-14184300 | $16.50 |

|  | | |
|---|---|---|
| | Sub Total | $16.50 |
| | Total | $16.50 |
| | Cash Tendered: | $20.50 |
| | Change Cash: | $4.00 |

Ref: pL011

Thank you for visiting your local MVD office!
*Credit Card Fee is not retained by the Motor Vehicle Division

Save time by visiting our website at:
www.mvd.newmexico.gov
Click OnLine Services to access!

For additional help or inquires, please call: (888)683-4636

YAHOO!
MAIL

Compose · IMG_1063.JPG

[No Subject]    People

Joe Gutierrez <joseph_69_82@yahoo.com>

Sent from my iPhone



Reply · Reply to All · Forward · More

Joe Gutierrez

Joe Gutierrez

Joe Gutierrez

Joe Gutierrez

# CERTIFICATE OF TITLE

MVD-10029
REV. 03/09

## NEW MEXICO

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE ORIGINAL | TITLE NUMBER |
|---|---|---|
| 2G1WF52K559122630 | | 16147404A749601 |

| ENGINE OR OTHER I.D. NUMBER 0000000 | PREVIOUS TITLE NUMBER AND STATE 16130426A54553 NM | 1ST REG 2005 | DATE OF ISSUE 05/26/2016 |
|---|---|---|---|

| YEAR 2005 | MAKE CHEV | MODEL IMP | BODY 4D | CYLS 06 | DGVW 0 | WT/WHEELS 0 | TYPE OF FUEL GASOLINE | LIENS 0 |
|---|---|---|---|---|---|---|---|---|

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)
GUTIERREZ JOE OR

GUTIERREZ SHANIA
P O BOX 162

HONDO NM 00000

LICENSE PLATE NUMBER(S)
318TMJ

VEHICLE CLASS
PASSENGER

CLERK
ABV

| FILE DATE NO LIEN | MATURITY DATE NO LIEN | *ODOMETER & CODE 098956 | NH SIZE 00*000 | CNTY. 00 |
|---|---|---|---|---|

REGISTERED OWNER(S)
GUTIERREZ JOE OR

GUTIERREZ SHANIA
P O BOX 162

HONDO NM 00000

LOCATION OF MANUFACTURED HOME

SECOND LIENHOLDER

00000

*ODOMETER CODES: AM = ACTUAL VEHICLE MILEAGE. EL = MILEAGE IN EXCESS OF MECHANICAL LIMITS OR NM = NOT ACTUAL MILEAGE/WARNING-ODOMETER DISCREPANCY.

NOT A TITLE NO.
21749601

| FILE DATE | MATURITY DATE |
|---|---|

DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE. IMPORTANT: THERE IS AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE

DIRECTOR MVD

I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.

RELEASE OF LIEN
Name of Lienholder: _____  Date _____

Full Signature of Authorized Agent

This Certificate of Title is evidence of legal ownership of the vehicle described above. Upon sale of this vehicle, this certificate must be properly assigned below and presented by the purchaser to the Motor Vehicle Division for transfer. The Division is not responsible for false or fraudulent statements made in connection with this Certificate of Title or held liable for recording errors.

IMPORTANT: Buyer (except for dealer) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and state law require the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $ _____ I (we), hereby sell, assign,

transfer and convey this _____ day of _____ YR. _____ to _____

Buyer's Name(s): _____

Address _____
the vehicle described on the front side of this Certificate of title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below. IF NO LIEN, WRITE WORD "NONE".

Name & Address of Lienholder: _____

Lienholder No. (if any) _____ File Date _____ Maturity Date _____

ODOMETER DISCLOSURE STATEMENT: I (we) hereby certify that the ODOMETER READING of this vehicle is _____ (NO TENTHS) miles and that stated mileage is (check one of the following): A ☐ the actual mileage OR B ☐ Mileage in excess of mechanical limits OR C ☐ NOT the actual mileage. WARNING-ODOMETER DISCREPANCY.

| Signature(s) of Seller(s) | X _____ | Printed Name _____ |
|---|---|---|
| | X _____ | Printed Name _____ |
| Signature(s) of Buyer(s) | X _____ | Printed Name _____ |
| | X _____ | Printed Name _____ |

*VOID IF ALTERED - HOLD TO LIGHT TO VIEW EAGLE WATERMARK*
*NEW MEXICO - VOID IF ALTERED*

title - COPY OF 2005 IMPALA

# CERTIFICATE OF TITLE

MVD-10030
REV. 02/05

**NEW MEXICO** **NEW MEXICO**

VOID IF ALTERED — HOLD TO LIGHT TO VIEW EAGLE WATERMARK

VOID IF ALTERED

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE ORIGINAL | TITLE NUMBER |
|---|---|---|
| 2G1WF52K559322630 | | 16147304A749601 |

| ENGINE OR OTHER I.D. NUMBER | PREVIOUS TITLE NUMBER AND STATE | 1ST REG | DATE OF ISSUE |
|---|---|---|---|
| 0200200 | 16130426A549951 NM | 2005 | 05/26/2016 |

| YEAR | MAKE | MODEL | BODY | CYLS | DGVW | WT/WHEELS | TYPE OF FUEL | LIENS |
|---|---|---|---|---|---|---|---|---|
| 2005 | CHEV | IMP | 4D | 06 | 0 | 3429 | GASOLINE | 0 |

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)
**GUTIERREZ JOE  OR**

**GUTIERREZ SHANIA**
P O BOX 162

HONDO NM 00000

LICENSE PLATE NUMBER(S)
311TMJ

VEHICLE CLASS
PASSENGER

CLERK
ABV

| FILE DATE NO LIEN | MATURITY DATE NO LIEN | *ODOMETER & CODE | MH SIZE 00*000 | CNTY. 00 |
|---|---|---|---|---|
| | | 098958 | | |

REGISTERED OWNER(S)
**GUTIERREZ JOE  OR**

**GUTIERREZ SHANIA**
P O BOX 162

HONDO NM 00000

LOCATION OF MANUFACTURED HOME

SECOND LIENHOLDER

00000

ODOMETER CODES: AM = ACTUAL VEHICLE MILEAGE, EL = MILEAGE IN EXCESS OF MECHANICAL LIMITS OR NM = NOT ACTUAL MILEAGE WARNING-ODOMETER DISCREPANCY

**NOT A TITLE NO.**
**21749601**

| FILE DATE | MATURITY DATE | DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE. IMPORTANT: THERE IS AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE. |
|---|---|---|

**DIRECTOR MVD**

I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.

**RELEASE OF LIEN** Name of Lienholder:_____ Date_____

Full Signature of Authorized Agent

This Certificate of Title is evidence of legal ownership of the vehicle described above. Upon sale of this vehicle, this certificate must be properly assigned below and presented by the purchaser to the Motor Vehicle Division for transfer. The Division is not responsible for false or fraudulent statements made in connection with this Certificate of Title or held liable for recording errors.

IMPORTANT: Buyer (except for dealer) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and state law requires the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $_____ I (we) hereby sell, assign,

transfer and convey this_____day of_____, YR_____to

Buyer's Name(s):_____

Address_____

the vehicle described on the front side of this Certificate of title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below.
IF NO LIEN, WRITE WORD "NONE".

Name & Address
of Lienholder_____

Lienholder No. (if any)_____File Date_____Maturity Date_____

ODOMETER DISCLOSURE STATEMENT: I (we) hereby certify that the ODOMETER READING of this vehicle is:_____(NO TENTHS) miles and that stated mileage is (check one of the following): A ☐ the actual mileage OR B ☐ Mileage in excess of mechanical limits OR C ☐ NOT the actual mileage: WARNING-ODOMETER DISCREPANCY.

| Signature(s) | X | Printed Name |
|---|---|---|
| of Seller(s) | X | Printed Name |
| Signature(s) | X | Printed Name |
| of Buyer(s) | X | Printed Name |

# NEW MEXICO MOTOR VEHICLE DIVISION

## INSURANCE IDENTIFICATION CARD FACSIMILE

## NEW MEXICO'S PROOF OF FINANCIAL RESPONSIBILITY

**COMPANY**
Property & Casualty Insurance Company of Hartford

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 55PHB287960 | 5/11/2016 | 5/11/2017 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 05 | CHEV IMPALA | 2G1WS52K559322630 |

THE
HARTFORD

**INSURED**

CANALES, ANITA
113 DON JOSE PL
HONDO, NM· 81004

### THIS FORM MUST BE KEPT IN THE MOTOR VEHICLE WITH THE
### CERTIFICATE OF REGISTRATION

**IN CASE OF ACCIDENT:** Report all accidents to your Hartford Insurance Representative as soon as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved.

**For:** Claim Service, Call Toll Free 1-877-805-9918.
Customer Service, Call Toll Free 1-800-423-6789.

Form DRA-793-3(ED. 12/01) Printed in U.S.A.

CLAIM # PA— 0016836 157
CLAIM AGISTOR MEGAN WILSON
1800- 736-0398
EXT 2307300

FRAUD DEP
DAVE RICG
860-347-5365

INSURANCE IDENTIFICATION CARD FACSIMILE

**NEW MEXICO'S PROOF OF FINANCIAL RESPONSIBILITY**

COMPANY
Property & Casualty Insurance Company of Hartford

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 55PHB287960 | 5/11/2016 | 5/11/2017 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 05 | CHEV IMPALA | 2G1WS52K559322630 |


THE HARTFORD

INSURED

CANALES, ANITA
113 DON JOSE PL
HONDO, NM· 81004

THIS FORM MUST BE KEPT IN THE MOTOR VEHICLE WITH THE
CERTIFICATE OF REGISTRATION

IN CASE OF ACCIDENT: Report all accidents to your Hartford Insurance Representative as soon
as possible. Obtain the following information:

1. Name and address of each driver, passenger and witness;
2. Name of Insurance Company and policy number for each vehicle involved.

For: Claim Service, Call Toll Free 1-877-805-9918.
      Customer Service, Call Toll Free 1-800-423-6789.

Form DRA-793-3(ED. 12/01) Printed in U.S.A.

CLAIM # PA⊘⊘ 0016836 157
CLAIM AGUISGR MEGAN WILSON
        1800- 236-0398
          EXT 2307300

FRAUD DEP
DAVG RICG
860 347-5365
800 -547-9276

# CERTIFICATE OF TITLE

NBW MEXICO — HOLD TO LIGHT TO VIEW EAGLE WATERMARK — VOID IF ALTERED

MVD-10030
REV. 02/08

| VEHICLE IDENTIFICATION NUMBER | TYPE OF TITLE | TITLE NUMBER |
|---|---|---|
| 2G1WF52K559322430 | ORIGINAL | 16147305A74960I |

| ENGINE OR OTHER I.D. NUMBER | PREVIOUS TITLE NUMBER AND STATE | 1ST REG. | DATE OF ISSUE |
|---|---|---|---|
| 0200200 | 16130426A54995  NM | 2005 | 05/26/2016 |

| YEAR | MAKE | MODEL | BODY | CYLS | DGVW | WT./WHEELS | TYPE OF FUEL | LIENS |
|---|---|---|---|---|---|---|---|---|
| 2005 | CHEV | IMP | 4D | 06 | 0 | 3425 | GASOLINE | 0 |

1st LIENHOLDER (OR OWNER(S) IF NO LIEN)
GUTIERREZ JOE  OR

GUTIERREZ SHANIA
P O BOX 162
HONDO NM  00000

LICENSE PLATE NUMBER(S)
311TMJ

VEHICLE CLASS
PASSENGER

CLERK
ABV

| FILE DATE | MATURITY DATE | *ODOMETER & CODE | MH SIZE | CNTY. |
|---|---|---|---|---|
| NO LIEN | NO LIEN | 199858 | 00*000 | 00 |

LOCATION OF MANUFACTURED HOME

REGISTERED OWNER(S)
GUTIERREZ JOE  OR

GUTIERREZ SHANIA
P O BOX 162
HONDO NM  00000

SECOND LIENHOLDER

00000

*ODOMETER CODES: AM = ACTUAL VEHICLE
MILEAGE  EL = MILEAGE IN EXCESS OF
MECHANICAL LIMITS OR NM = NOT ACTUAL
MILEAGE/WARNING-ODOMETER DISCREPANCY

| FILE DATE | MATURITY DATE |
|---|---|

NOT A TITLE NO.
21749601

DO NOT CARRY IN VEHICLE - KEEP IN SAFE PLACE. IMPORTANT: THERE IS
AN ADDITIONAL STATUTORY FEE FOR FAILURE BY PURCHASER TO APPLY
FOR TRANSFER WITHIN 30 DAYS FROM DATE OF SALE.

DIRECTOR MVD

---

**RELEASE OF LIEN:** I hereby certify, that interest in the vehicle described above on this Certificate of Title is hereby released.

Name of
Lienholder _____

Full Signature of Authorized Agent _____ Date _____

This Certificate of Title is evidence of legal ownership of the vehicle described above. Upon sale of this vehicle, this certificate must be properly assigned below and presented by the purchaser to the Motor Vehicle Division for transfer. The Division is not responsible for false or fraudulent statements made in connection with this Certificate of Title or held liable for recording errors.

IMPORTANT: Buyer (except for dealer) must apply to the Motor Vehicle Division within 30 days for transfer of title and registration. Federal and state law requires the seller (including dealers) to state the odometer mileage upon transfer of ownership. ANYONE CONVICTED OF A FALSE ODOMETER STATEMENT WILL BE SUBJECT TO FINES AND/OR IMPRISONMENT.

ASSIGNMENT OF TITLE FOR THE EXACT AMOUNT OF $ _____ I (we) hereby sell, assign,

transfer and convey this _____ day of _____ YR. _____ to _____

Buyer's Name(s): _____

Address: _____

the vehicle described on the front side of this Certificate of title and warrant it at time of delivery to be free of any liens or encumbrances unless specified below.
IF NO LIEN, WRITE WORD "NONE".

Name & Address
of Lienholder: _____

Lienholder No. (if any) _____ File Date _____ Maturity Date _____

ODOMETER DISCLOSURE STATEMENT: I (we) hereby certify that the ODOMETER READING of this vehicle is _____ (NO TENTHS) miles and that stated mileage is check one of the following: A.◻ the actual mileage OR B.◻ Mileage in excess of mechanical limits OR C.◻ NOT the actual mileage: WARNING-ODOMETER DISCREPANCY.

| Signature(s) of Seller(s) | X _____ | Printed Name _____ |
| | X _____ | Printed Name _____ |
| Signature(s) of Buyer(s) | X _____ | Printed Name _____ |
| | X _____ | Printed Name _____ |

NEW MEXICO MOTOR VEHICLE DIVISION

◀ Back to Message   IMG_1213.JPG



**Fast DS-VS**    **Title**

TITLE: STANDARD

| | | | | | |
|---|---|---|---|---|---|
| Status | Active | Application | : 14-Jul-2016 | Mailing Name | : PROPERTY & CASUALTY INS |
| Indicator | : Title Active | Issued | : 14-Jul-2016 | Mailing Address | PO BOX 66884 |
| | | Created | 14-Jul-2016 | | INDIANAPOLIS IN 06984 |

TITLE

| | | | |
|---|---|---|---|
| Title Type | Vehicle Id Type | Vehicle Id | Vehicle Type |
| STANDARD | VIN | 2G1WF53K559322630 | PASSENGER VEHICLE |
| Year | Make | Model | Body Style |
| 2005 | CHEV | IMPALA | |
| Fuel Type | Color | Color 2 | Empty Weight |
| GASOLINE | GRAY | | 3,429 |
| GVW | Odometer Code | Odometer | Odometer Units | Cylinders |
| 0 | Not Actual | | 99,000 Miles | 6 |
| Wheels | | | |
| 0 | | | |

| Title Assignment | Title Assignment 2 |
|---|---|
| PROPERTY & CASUALTY INS | |
| Issue Type | Control Number | Title Number |
| ORIGINAL | | 16196402R205925 |
| Previous Title Type | Previous Title Number | Previous Title State |
| | 16147304A748601 | NM - New Mexico |

OWNERS

Primary
PROPERTY & CASUALTY INS



RECEIPT

No. 3277188

DATE 5-6-16

FROM Joe Gutierrez

Three Thousand Three hundred DOLLARS $ 3,300

2011 WF S2K 5595226 B0

FOR RENT 05' Impala

FOR

CASH ☒
MONEY ORDER ○
CHECK ○
CREDIT CARD ○

FROM _____ TO _____

BY B Sanford

ACCT.
PAID
DUE

1152

 **GEICO.**
geico.com

**New Mexico Insurance Identification Card**
1-800-841-3000

GOVERNMENT EMPLOYEES INSURANCE COMPANY
P.O. Box 509090 · San Diego, CA 92150-9090

**Policy Number**
4144-03-88-92

**Effective Date**
04-15-16

**Expiration Date**
10-15-16

| Year | Make | Model | Vehicle ID No. |
|------|------|-------|----------------|
| 2005 | CHEV | IMPALA | 2G1WF52K559322630 |

**Insured:**
Joe S Gutierrez
PO Box 162
Hondo NM 88336-0162

## STATE OF NEW MEXICO - MOTOR VEHICLE DIVISION
### CERTIFICATE OF VEHICLE REGISTRATION

MCH 26A 161304 170228 20160509 02

| REG EXP DATE | VEHICLE CLASSIFICATION | | LICENSE NUMBER | | | AUDIT NUMBER |
|---|---|---|---|---|---|---|
| MAY 2017 | PASSENGER | | 311TMJ | | | 21549951 |
| DGVW | VEHICLE IDENTIFICATION NUMBER | | | MAKE | | YR 1ST REG |
| 0 | 2G1WF52K559322630 | | | CHEV | | 2005 |
| FEES PAID | VT/AXWELS | YR/MODEL | | BODY TYPE | CYLS | SERIES |
| 153.00 | 3429 | 2005 | | 4D | 06 | IMP |

SIGNATURE - OWNER / LESSEE/SIGN

*X Anita Canales*

OWNER AFFIRMS FINANCIAL RESPONSIBILITY AS DEFINED
IN THE MANDATORY FINANCIAL RESPONSIBILITY ACT

REGISTERED OWNER NAME AND ADDRESS

CANALES ANITA

GUTIERREZ JOE OR
1131 E EVANS AVE
PUEBLO CO 81004

1.1

*THIS CERTIFICATE MUST BE AVAILABLE WHILE VEHICLE IS IN USE.* MVD-11528 REV 10/06

(1) MAKE SURE THE LICENSE PLATE NUMBER PRINTED
ON THE STICKER MATCHES THE LICENSE PLATE YOU
ARE APPLYING STICKER TO.

BE SURE THAT PLATE IS CLEAN, DRY, AND WARM. DO
NOT MOISTEN EITHER THE PLATE OR THE STICKER.

(2) REMOVE STICKER FROM PAPER BY LIFTING A
CORNER AND PEELING THE STICKER AWAY FROM THE
BACKING.

(3) APPLY TO LOWER RIGHT DEPRESSION ON REAR
LICENSE PLATE.

(TOP CENTER DEPRESSION FOR MOTORCYCLE PLATES)

(4) RUB OR PRESS DOWN FIRMLY AROUND ALL EDGES,

PLAINTIFF'S
EXHIBIT
13

**INCIDENT/INVESTIGATION REPORT**

| | |
|---|---|
| Case # | 16-010901 |
| Date / Time Reported | 05/31/2016 12:32  Tue |
| Last Known Secure | 05/28/2016 18:30  Sat |
| At Found | 05/29/2016 07:45  Sun |

Agency Name: *Pueblo Police Department*

ORI: *CO0510100*

**INCIDENT DATA**

Location of Incident: *1131 E Evans Ave, Pueblo CO 81004-*

Premise Type: *Residence/home*    Zone/Tract: *Q3*

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Agg Motor Vehicle Theft 2nd Deg  Value $1,000 To $20,000 - 18-3-409(4)(B)* | F | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**  Point Of Entry/Unknown Point

**VICTIM**

# of Victims: *1*    Type: INDIVIDUAL/ NOT LAW    Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *CANALES, ANITA C* | *1.* | *09/15/1953* Age *62* | *W* | *F* | | *Resident* | |

Home Address: *1131 E EVANS AVE., Pueblo, CO 81004-*    Home Phone: *719-281-6016*

Employer Name/Address:    Business Phone:    Mobile Phone: *719-*

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| *2005* | *CHE* | *IMPALA* | *SD* | *SIL* | *311TMU NM* | *2G1WF52K559322630* |

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address:    Home Phone:

Employer Name/Address:    Business Phone:    Mobile Phone:

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address:    Home Phone:

Employer Name/Address:    Business Phone:    Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status (Frm/To) | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 02 | 7,5 | $3,300.00 | | 1 | 2005 SIL  311TMU  NM | CHE Impala | 2G1WF52K559322639 |
| 1 | 02 | 5 | $3,300.00 | | 1 | 2005 SIL  311TMU  NM | CHE Impala | 2G1WF52K559322639 |

RELEASED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

Officer/ID#  *REFFALT, CRYSTAL  (10120)*    Outstanding Stolen Val [Total Stolen] $0.00 [$3,300.00], Tot Rec Val $3,300.00

Invest ID#  (0)    Supervisor  *BOWEN, GREG THOMAS   (12685)*

**Status**  Complainant Signature    Case Status *Unfounded*  10/27/2016    Case Disposition:    Page 1

# INCIDENT/INVESTIGATION REPORT

*Pueblo Police Department*

Case # *16-010901*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | |
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

**NARRATIVE**

As of this initial report, there is NO photo, video, BWC of audio evidence submitted by this Technician. See attachments for related documents.

On May 31, 2016 at approximately 12:32, I (Crystal Reffalt) took an Aggravated Motor Vehicle Theft 2nd Degree in the Lobby at the Front Desk of the Pueblo Police Department. ANITA C. CANALES reported that her vehicle was stolen from the street in front of her residence.

Nothing further at this time.

# REPORTING OFFICER NARRATIVE

| Pueblo Police Department | | OCA 16-010901 |
| --- | --- | --- |
| Victim CANALES, ANITA C | Offense AGG MOTOR VEHICLE THEFT 2ND DEG | Date / Time Reported Tue 05/31/2016 12:32 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

As of this initial report, there is NO photo, video, BWC of audio evidence submitted by this Technician. See attachments for related documents.

On May 31, 2016 at approximately 12:32, I (Crystal Reffalt) took an Aggravated Motor Vehicle Theft-2nd Degree report in the Lobby at the Front Desk of the Pueblo Police Department. ANITA C. CANALES (09/15/1953) reported that her 2005 Chevrolet Impala was stolen from the street in front of her residence (1131 E. Evans Ave).

ANITA stated that she parked her vehicle (New Mexico Registration-attached) at her residence on 05/28/2016 at 18:30. She noted that she locked her vehicle and had possession of her keys at the time. When ANITA attempted to return to her vehicle on 05/29/2016 at 07:45, the vehicle was gone. ANITA is unsure how the vehicle was entered or who took the vehicle. She said that there was about 98,000-99,000 miles on the vehicle and about a 1/4 tank of gas at the time the vehicle was taken. She was unsure if the vehicle had a security system. ANITA did not see anything left behind at the scene including glass. She did not believe that there were an items in the vehicle when it was stolen and had NO suspect information.

Dispatch confirmed the vehicle had not been towed or impounded and a BOLO was sent.

Nothing further at this time.

# Incident Report Related Vehicle List

*Pueblo Police Department*

OCA: *16-010901*

| VehYr/Make/Model *2005 CHE, Impala* | | Style *SD* | Color *SIl.* | Lic/Lis *311TMJ NM 2016* | | | VIN *2G1WFS2K559322630* |
|---|---|---|---|---|---|---|---|
| IRR Status *Recovered* | | Date *09/09/2016* | Location *. RUYDOSO NM* | | | | |
| Condition | Value *$3, 300.00* | | Offense Code *240* | Jurisdiction *Locally* | | State # | NIC # |
| Name (Last, First, Middle) *Canales, Anita C* | | | | Also Known As | | Home Address *1131 E EVANS AVE PUEBLO, CO 81004 719-281-6016* | |
| Business Address | | | | | | | |

| DOB *09/15/1953* | Age *62* | Race *W* | Sex *F* | Hgt *507* | Wgt *162* | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 11/23/2016 14:12

*Pueblo Police Department*

OCA: *16010901*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED*      **Case Mng Status:** *UNFOUNDED*      **Occurred:** *05/28/2016*

**Offense:** *AGG MOTOR VEHICLE THEFT 2ND DEG  VALUE $1,000 TO $20,000*

**Investigator:** *LAUT, BRIAN EDWARD*    *(1458)*      **Date / Time:** *09/10/2016 00:14:57, Saturday*

**Supervisor:** *BALLAS, ZACHARY J*    *(12959)*      **Supervisor Review Date / Time:** *09/10/2016 04:51:55, Saturday*

**Contact:**      **Reference:** *Supplement*

There is no photo, video, audio, or BWC evidence added to this call by this Officer.

On 09/10/16, at approximately 0005 hours, I Officer Brian Laut was dispatched to 200 S. Main Street, in the City and County of Pueblo, Colorado, in reference to a recovered stolen vehicle (PPD CR#: 16010901).

I observed the call notes to state this vehicle was located in Ruydoso, New Mexico, on 09/09/16, at approximately 2009 hours. I observed the call notes to state the vehicle was located by Officer Daley and only the rear license plate is on the vehicle. The call notes had no further information.

I have completed an XBOLO.

Nothing further.

Investigator Signature          Supervisor Signature

# COMMUNICATIONS

## Event Report

Event ID: 2013-040271 | Call Ref #: 717 | |
|---|---|---|
| | | Date/Time Received: 05/26/13 06:20:28 |

| Rpt #: 2013-006046 | Prime Z3 | Services Involved | | | |
|---|---|---|---|---|---|
| Call Source: E911 | Unit: STANTON, MIKE | **LAW** | | **EMS** | |

**Location: 804-B S KENTUCKY AVE**

| | | | | | |
|---|---|---|---|---|---|
| X-ST: | **W DEMING ST** | | Jur: PVRC | Service: LAW | Agency: RPD |
| | **W MATHEWS ST** | | St/Beat: BKER | District: | RA: 209 |
| Business: | | Phone: | | | GP: GPB |

| Nature: **BATTERY** | Alarm Lvl: 1 | Priority: P | Medical Priority: | 0 |
|---|---|---|---|---|

| Reclassified Nature: |
|---|

| Caller: | | Alarm: |
|---|---|---|
| Addr: | Phone: | Alarm Type: |

| Vehicle #: | St: | Report Only: No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

| Call Taker: JMARQUEZ | Console: COMM4 |
|---|---|

| Geo-Verified Addr.: Yes | Nature Summary Code: BATT | Disposition: RPT | Close Comments: |
|---|---|---|---|

Notes:

**See Event Notes Addendum at end of this report**

### Times

| Call Received: 05/26/13 06:20:28 | **Time From Call Received** | | | |
|---|---|---|---|---|
| Call Routed: 05/26/13 06:23:06 | 000:02:38 | | Unit Reaction: | 000:05:43 *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 05/26/13 06:25:08 | 000:04:40 | | En-Route: | 000:00:46 *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 05/26/13 06:23:06 | 000:02:38 | *(Time Held)* | On-Scene: | 004:10:22 *(1st Arrive to Last Clear)* |
| 1st En-Route: 05/26/13 06:23:52 | 000:03:24 | | | |
| 1st Arrive: 05/26/13 06:28:49 | 000:08:21 | *(Reaction Time)* | | |
| Last Clear: 05/26/13 10:39:11 | 004:18:43 | | | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| 374 | RPD374 | D | Dispatched | 05/26/13 06:23:06 | Stat/Beat: ADAM | | KMCKENNA |
| 352 | RPD352 | D | Dispatched | 05/26/13 06:23:06 | Stat/Beat: DELT | | KMCKENNA |
| 352 | RPD352 | E | En-Route | 05/26/13 06:23:52 | | | Unit:352 |
| 374 | RPD374 | X | Canceled | 05/26/13 06:24:35 | Cancelled by Exchange Command | | KMCKENNA |
| 373 | RPD373 | D | Dispatched | 05/26/13 06:24:35 | Stat/Beat: NRNG | | KMCKENNA |
| 373 | RPD373 | E | En-Route | 05/26/13 06:24:35 | Stat/Beat: NRNG | | KMCKENNA |
| 352 | RPD352 | A | Arrived | 05/26/13 06:28:49 | | | KMCKENNA |
| 373 | RPD373 | A | Arrived | 05/26/13 06:28:50 | | | KMCKENNA |
| Z3 | RPD286 | D | Dispatched | .05/26/13 06:36:44 | Stat/Beat: ZEBR | . | KMCKENNA |

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Case# | 16-010901 |
| Date / Time Reported | 05/31/2016 12:32  Tue |
| Last Known Secure | 05/28/2016 18:30  Sat |
| At Found | 05/29/2016 07:45  Sun |

**INCIDENT DATA**

Agency Name: *Pueblo Police Department*

ORI: *CO0510100*

Location of Incident: *1131 E Evans Ave, Pueblo CO 81004-*

Premise Type: *Residence/Home*   Zone/Tract: *Q3*

| # | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| # 1 | *Agg Motor Vehicle Theft 2nd Deg  Value $1,000 To $20,000 - 18-4-409(4)(B)* | F | | | | |
| | | | Entry | Exit | Security | |
| # 2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| # 3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

MO: *Point Of Entry/Unknown Point*

**VICTIM**

# of Victims: *1*   Type:  INDIVIDUAL/ NOT LAW   Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *CANALES, ANITA C* | *1.* | *09/15/1953* Age  *62* | *W* | *F* | | *Resident* | |

Home Address: *1131 E EVANS AVE , Pueblo, CO 81004-*   Home Phone: *719-281-6016*

Employer Name/Address:   Business Phone:   Mobile Phone: *719- .*

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| *2005* | *CHE* | *IMPALA* | *SD* | *SIL.* | *311TMJ, NM* | *2G1WF52K559322630* |

**OTHERS INVOLVED**

CODES:   V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address:   Home Phone:

Employer Name/Address:   Business Phone:   Mobile Phone:

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address:   Home Phone:

Employer Name/Address:   Business Phone:   Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Fre/Sto | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *02* | *7,5* | *$3,300.00* | | *1* | *2005 SIL   311TMJ   NM* | *CHE Impala* | *2G1WF52K559322630* |
| *1* | *02* | *5* | *$3,300.00* | | *1* | *2005 SIL   311TMJ   NM* | *CHE Impala* | *2G1WF52K559322630* |

**Status**

Officer/ID#: *REFFALT, CRYSTAL   (10120)*   Outstanding Stolen Val [Local Stolen]  $0.00  [$3,300.00], Tot Rec Val  $3,300.00

Invest ID#: *(0)*   Supervisor: *BOWEN, GREG THOMAS   (12685)*

Complainant Signature:   Case Status: *Unfounded*   *10/27/2016*   Case Disposition:   Page 1

R_CS17ER   Printed By: VIGILC, RECORDS   Sys# 891976   11/23/2016 14:12

# INCIDENT/INVESTIGATION REPORT

*Pueblo Police Department*

Case # *16-010901*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | |
| **D R U G S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

**NARRATIVE**

As of this initial report, there is NO photo, video, BWC of audio evidence submitted by this Technician. See attachments for related documents.

On May 31, 2016 at approximately 12:32, I (Crystal Reffalt) took an Aggravated Motor Vehicle Theft 2nd Degree in the Lobby at the Front Desk of the Pueblo Police Department. ANITA C. CANALES reported that her vehicle was stolen from the street in front of her residence.

Nothing further at this time.

# REPORTING OFFICER NARRATIVE

| *Pueblo Police Department* | | OCA<br>*16-010901* |
|---|---|---|
| Victim<br>*CANALES, ANITA C* | Offense<br>*AGG MOTOR VEHICLE THEFT 2ND DEG* | Date / Time Reported<br>*Tue 05/31/2016 12:32* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

As of this initial report, there is NO photo, video, BWC of audio evidence submitted by this Technician. See attachments for related documents.

On May 31, 2016 at approximately 12:32, I (Crystal Reffalt) took an Aggravated Motor Vehicle Theft-2nd Degree report in the Lobby at the Front Desk of the Pueblo Police Department. ANITA C. CANALES (09/15/1953) reported that her 2005 Chevrolet Impala was stolen from the street in front of her residence (1131 E. Evans Ave).

ANITA stated that she parked her vehicle (New Mexico Registration-attached) at her residence on 05/28/2016 at 18:30. She noted that she locked her vehicle and had possession of her keys at the time. When ANITA attempted to return to her vehicle on 05/29/2016 at 07:45, the vehicle was gone. ANITA is unsure how the vehicle was entered or who took the vehicle. She said that there was about 98,000-99,000 miles on the vehicle and about a 1/4 tank of gas at the time the vehicle was taken. She was unsure if the vehicle had a security system. ANITA did not see anything left behind at the scene including glass. She did not believe that there were an items in the vehicle when it was stolen and had NO suspect information.

Dispatch confirmed the vehicle had not been towed or impounded and a BOLO was sent.

Nothing further at this time.

# Incident Report Related Vehicle List

*Pueblo Police Department*

OCA: *16-010901*

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2005 CHE, Impala* | *SD* | *SIL* | *311TMJ NM 2016* | *2G1WF52K559322630* |

| IBR Status | Date | Location |
|---|---|---|
| *Recovered* | *09/09/2016* | *, RUYDOSO NM* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$3, 300.00* | *240* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Canales, Anita C* | | *1131 E EVANS AVE PUEBLO, CO 81004 719-281-6016* |

| Business Address | | |
|---|---|---|

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| *09/15/1953* | *62* | *W* | *F* | *507* | *162* | |

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 11/23/2016 14:12

**Pueblo Police Department**

OCA: *16010901*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED*      **Case Mng Status:** *UNFOUNDED*      **Occurred:** *05/28/2016*

**Offense:** *AGG MOTOR VEHICLE THEFT 2ND DEG   VALUE $1,000 TO $20,000*

**Investigator:** *LAUT, BRIAN EDWARD*   (1458)      **Date / Time:** *09/10/2016 00:14:57, Saturday*

**Supervisor:** *BALLAS, ZACHARY J*   (12959)      **Supervisor Review Date / Time:** *09/10/2016 04:51:55, Saturday*

**Contact:**      **Reference:** *Supplement*

---

There is no photo, video, audio, or BWC evidence added to this call by this Officer.

On 09/10/16, at approximately 0005 hours, I Officer Brian Laut was dispatched to 200 S. Main Street, in the City and County of Pueblo, Colorado, in reference to a recovered stolen vehicle (PPD CR#: 16010901).

I observed the call notes to state this vehicle was located in Ruydoso, New Mexico, on 09/09/16, at approximately 2009 hours. I observed the call notes to state the vehicle was located by Officer Daley and only the rear license plate is on the vehicle. The call notes had no further information.

I have completed an XBOLO.

Nothing further.

---

Investigator Signature                    Supervisor Signature

RPD

Officer Bailey

just sent

to JAL

PLAINTIFF'S
EXHIBIT

C

(575) 973-3838

Ken Duke

Arrow Towing

VIN # 2G1WF52K55932263

Nm ☒ License 311-TMJ

got gfrnd Anita Canales

1-2 week purchased prior

to Anita

PD has receipt

when she came registered in

"or" w/ Anita

she carried insurance added this

vehicle

w/i wk complained about NM pay

May 31 reported car stolen

Car already taken out of her

name.

she reported it to her insurance

$5200

insurance took new insurance   title

put in their name

Hartford Insurance

Geico insured w/ Shana

2005 Chevy Impala

May 16 or 26 went to Roswell
changed title ~~deed to~~ to him
& Shania.

May 31 reported car stolen

Car already taken out of her
name.

she reported it to her insurance
$5200 ↗
insurance took new insurance - title
put in their name
            Hartford Insurance

Geico insured w/ Shania

2005 Chevy Impala

| SUMMONS | |
|---|---|
| Fifth Judicial District Court:<br>Chaves County<br>New Mexico<br>Court Address: P.O. Box 1776<br>Roswell, NM 88202-1776<br>Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421<br><br><br>Judge: Kea W. Riggs |
| Plaintiff<br>Joe Gutierrez<br><br>v.<br>The Hartford Insurance Company<br>and Anita Canales,<br>Defendants | Defendant<br><br>Name: The Hartford Insurance<br>Company<br>690 Asylum Ave.<br>Hartford, CT  06155 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ____Roswell_____, New Mexico, this __26th_____ day of May__
2017__, 2016.


By: *Janet Bloomer*
<u>Deputy</u>



_____
John S. Hightower
P.O. Box 550
Roswell, NM 88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW
MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

**STATE OF NEW MEXICO**       )
                             )ss.
**COUNTY OF  Chaves**          )

     I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Chaves</u> county on the _____ day of _____ _____, 2016 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

- o   To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

- o   To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*

- o   To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint

- o   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant *at (insert Defendant's last known mailing address).*

- o   To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*

- o   To _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

**Fees**: _____

_____
**Signature of person making service**

_____
**Title** *(if any)*

**Subscribed and sworn to before me this** _____ **day of** _____, 2016.

_____
**Judge, notary or other officer authorized
To administer oaths**

_____
Official title

My Commission By:

_____

| SUMMONS | |
|---|---|
| Fifth Judicial District Court: Chaves County New Mexico Court Address: P.O. Box 1776 Roswell, NM 88202-1776 Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421 Judge: Kea W. Riggs |
| Plaintiff Joe Gutierrez v. The Hartford Insurance Company and Anita Canales, Defendants | Defendant Name: Anita Canales 1131 E. Evans Ave. Pueblo, CO  81004 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Roswell_____, New Mexico, this ___26th_____ day of May___
2017___, 2016.


By: _*Janet Bloomer*_____
    Deputy



    _____
    John S. Hightower
    P.O. Box 550
    Roswell, NM  88202-0550
    Telephone No.: (575) 622-5440
    Fax No.: (575) 622-5853
    Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW
MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN

**STATE OF NEW MEXICO** )
)ss.
**COUNTY OF  Chaves** )

    I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Chaves</u> county on the \_\_\_\_\_ day of _____ _____, 2016 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

- o    To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*
- o    To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*
- o    To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint
- o    To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant *at (insert Defendant's last known mailing address).*
- o    To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*
- o    To _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

**Fees**: _____

_____
**Signature of person making service**

_____
**Title** *(if any)*

**Subscribed and sworn to before me this** _____ day of _____, 2016.

_____
**Judge, notary or other officer authorized To administer oaths**

_____
**Official title**

My Commission By:

_____

FILED IN MY OFFICE
DISTRICT COURT CLERK
8/7/2017 1:08:21 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

**JOE GUTIERREZ,**
      **Petitioner,**

**vs.**                              **Case No.  D-504-CV-2017-00421**

**THE HARTFORD INSURANCE,**
**ANITA CANALES, and**
**GEICO INSURANCE COMPANY**
      **Defendants.**

## AMENDED COMPLAINT TO RECOVER DAMAGES

      **COMES NOW,** Plaintiff, Joe Gutierrez, by and through his attorneys of record, Sanders, Bruin, Coll & Worley, P.A. (John S. Hightower) and for his Cause of Action against the Defendants states as follows:

1. Plaintiff is a resident of the County of Lincoln, State of New Mexico.

2. Upon information and belief, Defendant Anita Canales is a resident of the City of Roswell, County of Chaves, State of New Mexico.

3. Upon information and belief, Defendant, The Hartford Insurance Company is a domestic insurer, licensed to conduct business within the State of New Mexico.

4. Upon Information and belief, Defendant GEICO Insurance Company is a domestic insurer, licensed to conduct business within the State of New Mexico.

5. Defendant Anita Canales committed the acts that gave rise to this suit in the county of Chaves.

6. This Court has jurisdiction over the parties herein and the subject matter herein.

7. That venue is proper in this Court pursuant to NMSA 1978, §38-3-l(A).

FACTS

8. Joe Gutierrez allowed the vehicle with vin #2G1WF5ZK55932263 to be used by a friend named Anita Canales.

9. Anita Canales transferred title of the vehicle into her name.

10. This was done without Joe Gutierrez's knowledge.

11. Anita Canales added the vehicle to her personal insurance.

12. Anita Canales then reported the vehicle as stolen to her personal insurance.

13. Anita Canales then collected from the insurance company the value of the vehicle.

14. The Hartford Insurance accepted the claim without questioning it.

15. The current title and past titles are listed as exhibit "A".

16. The Hartford Insurance company paid the claim.

17. The Hartford Insurance company took steps to title the vehicle in their name.

18. These actions were taken without Mr. Gutierrez's consent.

19. Mr. Gutierrez has suffered a personal loss. Mr. Gutierrez notified his insurance company, GEICO and GEICO refused to pay on the claim.

**Unjust Enrichment (The Hartford Insurance)**

20. Plaintiff adopts and re-alleges Paragraphs 1 through 19 of this Complaint as if outlined in full.

21. Defendant, The Hartford Insurance has knowingly benefited from Plaintiff at Plaintiffs e x p e n s e .

22. It would be unjust to allow Defendant the Hartford Insurance to continue to benefit from the Plaintiff.

23. Plaintiff has been damaged by the Defendant the Hartford Insurance in an amount, which will be shown at trial of this matter.

## Fraud (The Hartford Insurance)

24. Plaintiffs adopts and re-alleges Paragraphs 1 through 23 of this Complaint as if outlined in full.

25. Defendant the Hartford Insurance misrepresented facts to the Plaintiff.

26. Defendant the Hartford Insurance had knowledge its representations to the Plaintiff were false.

27. Defendant the Hartford Insurance has recklessly misrepresented the facts to the Plaintiff.

28. Plaintiff detrimentally relied on the Defendant the Hartford Insurance's misrepresentations.

29. Plaintiff has been damaged by the Defendant the Hartford Insurance's misrepresentations.

## Unjust Enrichment (Anita Canales)

30. Plaintiffs adopts and re-alleges Paragraphs 1 through 29 of this Complaint as if outlined in full.

31. Defendant Canales knowingly benefited from Plaintiff at Plaintiffs expense.

32. It would be unjust to allow Defendant Canales to continue to benefit from the Plaintiff. Plaintiff has been damaged by Defendant Canales in an amount, which will be shown at trial of this matter.

**FRAUD (Anita Canales)**

33. Plaintiff adopts and re-alleges Paragraphs 1 through 34 of this Complaint as if outlined in full.

34. Defendant Canales misrepresented facts to Plaintiff.

35. Defendant Canales had knowledge that her representations to Plaintiff were false.

36. Defendant Canales recklessly misrepresented the facts to the Plaintiff.

37. Plaintiff detrimentally relied on Defendant Canales' misrepresentations.

38. Plaintiff has been damaged by Defendant Canales' misrepresentations.

## Breach of Contract (GEICO)

39. Plaintiff adopts and realleges Paragraphs 1 through 21 of this Complaint as if outlined in full.

40. Plaintiff and Defendant GEICO Insurance entered into a contract;

41. Plaintiff did all, or substantially all, of the significant things that the contract required him to do;

42. That all conditions required by the contract for Defendant GEICO's performance had occurred;

43. Defendant GEICO failed to do something that the contract required them to do, Defendant GEICO failed to pay the claim for the vehicle.

44. Plaintiff was harmed by that failure.

## PRAYER

WHEREFORE, Plaintiff, requests that this Court award to Plaintiff and against all Defendant compensatory damages in an amount to be determined at trial, punitive damages, costs and attorney's fees, together with pre-judgment and post-judgment interest at the legal rate with such other and further relief as the Court deems just and proper.

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY, P.A.

_____
John Sullivan Hightower
Post Office Box 550
Roswell,  NM  88202-0550
(575) 622-5440
(575) 622-5853 (Fax)
Attorneys for Plaintiff

| **SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES** ||
|---|---|
| Fifth Judicial District Court: Chaves County New Mexico Court Address: P.O. Box 1776 Roswell, NM 88202-1776 Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421 Judge: Kea W. Riggs |
| Plaintiff Joe Gutierrez v. The Hartford Insurance Company, Anita Canales, and Geico Insurance Company Defendants | Defendant Name: Anita Canales 1131 E. Evans Ave. Pueblo, CO  81004 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Roswell_____, New Mexico, this ___23rd_____ day of August _____, 2017.



By: *Janet Bloomer*
    Deputy



_____
John S. Hightower
P.O. Box 550
Roswell, NM  88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

**STATE OF NEW MEXICO**     )
                                             )ss.
**COUNTY OF  Chaves**        )

     I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Chaves</u> county on the _____ day of _____ _____, 2017 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

- o   To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*
- o   To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*
- o   To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint
- o   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail to the Defendant at (insert Defendant's business address) and by mailing the summons and complaint by first class mail to the Defendant at (insert Defendant's last known mailing address).*
- o   To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*
- o   To _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

**Fees**: _____

_____
**Signature of person making service**

_____
**Title** *(if any)*

**Subscribed and sworn to before me this** _____ day of _____, 2017.

_____
**Judge, notary or other officer authorized**
**To administer oaths**

_____
Official title

My Commission By:

_____

| **SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES** ||
|---|---|
| Fifth Judicial District Court: Chaves County New Mexico Court Address: P.O. Box 1776 Roswell, NM 88202-1776 Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421  Judge: Kea W. Riggs |
| Plaintiff Joe Gutierrez  v. The Hartford Insurance Company Anita Canales and Geico Insurance Company Defendants | Defendant  Name: Geico Insurance Company CT Corporation System 206 S. Coronado Ave. Espanola, NM  87532 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Roswell_____, New Mexico, this _23rd_____ day of August
_____, 2017.


By: *Janet Bloomer*
    Deputy



_____
John S. Hightower
P.O. Box 550
Roswell, NM 88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW
MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

**STATE OF NEW MEXICO**     )
                                                       )ss.
**COUNTY OF  Chaves**          )

     I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Chaves</u> county on the _____ day of _____ _____, 2017 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

- o    To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

- o    To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*

- o    To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint

- o    To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant *at (insert Defendant's last known mailing address).*

- o    To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*

- o    To _____ *(name of person),* _____, *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

**Fees**: _____

_____
**Signature of person making service**

_____
**Title** *(if any)*

**Subscribed and sworn to before me this** _____ day of _____, 2017.

_____
**Judge, notary or other officer authorized To administer oaths**

_____
Official title

My Commission By:

_____

| **SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES** | |
|---|---|
| Fifth Judicial District Court: Chaves County New Mexico Court Address: P.O. Box 1776 Roswell, NM 88202-1776 Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421 Judge: Kea W. Riggs |
| Plaintiff Joe Gutierrez v. The Hartford Insurance Company Anita Canales and Geico Insurance Company Defendants | Defendant Name: The Hartford Insurance Company Incorp Services Inc. 1012 Marquez Pl. Ste. 106B Santa Fe, NM 87501 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice

that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New

Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at _____Roswell_____, New Mexico, this ____23rd____ day of August _____, 2017.

By: _Janet Bloomer_
    Deputy



_____
John S. Hightower
P.O. Box 550
Roswell, NM 88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

# RETURN

**STATE OF NEW MEXICO**     )
                           )ss.
**COUNTY OF  Chaves**       )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Chaves county on the _____ day of _____ _____, 2017 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

- o   To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*
- o   To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*
- o   To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint
- o   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address) and by mailing the summons and complaint by first class mail to the Defendant at (insert Defendant's last known mailing address).*
- o   To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*
- o   To _____ *(name of person)*, _____, *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

**Fees**: _____

_____
**Signature of person making service**

_____
**Title** *(if any)*

**Subscribed and sworn to before me this _____ day of _____, 2017.**

_____
**Judge, notary or other officer authorized To administer oaths**

_____
Official title

My Commission By:

_____

FILED IN MY OFFICE
DISTRICT COURT CLERK
9/25/2017 11:53:45 AM
KATIE ESPINOZA
Janet Bloomer

## SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES

| | |
|---|---|
| Fifth Judicial District Court:<br>Chaves County<br>New Mexico<br>Court Address: P.O. Box 1776<br>Roswell, NM  88202-1776<br>Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421<br><br><br>Judge: Kea W. Riggs |
| Plaintiff<br>Joe Gutierrez<br><br>v.<br>The Hartford Insurance Company<br>Anita Canales and Geico Insurance<br>Company<br>Defendants | Defendant<br><br>Name: Geico Insurance Company<br>CT Corporation System<br>206 S. Coronado Ave.<br>Espanola, NM  87532 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice

that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Title (if any)

Subscribed and sworn to before me this _1st_ day of _September_ 2017.

OFFICIAL SEAL
Micaela Martinez
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires _5/13/21_

Judge, notary or other officer authorized
To administer oaths

_Notary Public_
Official title

My Commission By:

_5/13/21_



Return

## SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES

| | |
|---|---|
| Fifth Judicial District Court:<br>Chaves County<br>New Mexico<br>Court Address: P.O. Box 1776<br>Roswell, NM 88202-1776<br>Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421<br><br><br><br>Judge: Kea W. Riggs |
| Plaintiff<br>Joe Gutierrez<br><br>v.<br>The Hartford Insurance Company<br>Anita Canales and Geico Insurance<br>Company<br>Defendants | Defendant<br><br>Name: Geico Insurance Company<br>CT Corporation System<br>206 S. Coronado Ave.<br>Espanola, NM 87532 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER**: Take notice that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ___Roswell_____, New Mexico, this _23rd_____ day of _August_
_____, 2017.


By: *Janet Bloomer*
    Deputy



John S. Hightower
P.O. Box 550
Roswell, NM 88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW
MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN

STATE OF NEW MEXICO )
                     )ss.
COUNTY OF Chaves )

    I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in <u>Chaves</u> county on the ___1___ day of _September_ _____, 2017 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: **(check on box and fill in appropriate blanks)**

    o   To Defendant _____ *( used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*

    o   To Defendant **by [mail]** [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*

    o   To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint

    o   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant *at (insert Defendant's last known mailing address)*.

    o   To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person)*.

    o   To _CT CORPORATION_ *(name of person)*, _Geico Insurance_ *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision)*.

Fees: _____

                                 _____
                                 Signature of person making service

                                 _Process Server_
                                 Title *(if any)*

Subscribed and sworn to before me this _1st_ day of _September_ 2017.

                                 _____

OFFICIAL SEAL
**Micaela Martinez**
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: _5/3/21_

                                 Judge, notary or other officer authorized
                                 To administer oaths

                                 _Notary Public_
                                 Official title

My Commission By:

_____5/13/21_____



FILED IN MY OFFICE
DISTRICT COURT CLERK
9/26/2017 4:52:34 PM
KATIE ESPINOZA
Janet Bloomer

## SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES

| | |
|---|---|
| Fifth Judicial District Court: <br> Chaves County <br> New Mexico <br> Court Address: P.O. Box 1776 <br> Roswell, NM 88202-1776 <br> Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421 <br><br><br> Judge: Kea W. Riggs |
| Plaintiff <br> Joe Gutierrez <br><br> v. <br> The Hartford Insurance Company, <br> Anita Canales, and Geico Insurance <br> Company <br> Defendants | Defendant <br><br> Name: Anita Canales <br> 1131 E. Evans Ave. <br> Pueblo, CO 81004 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER:** Take notice

that

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at __Roswell_____, New Mexico, this __23rd____ day of _August_
_____, 2017.


By: *Janet Bloomer*
Deputy



John S. Hightower
P.O. Box 550
Roswell, NM  88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW
MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

```
                         State of Colorado
                   Pueblo County Sheriff's Office
                         Civil Division
                        Pueblo, CO 81003
```

Process Number:      127714              Court Number: D-504-CV-2017-00421

I, Kirk M Taylor, Sheriff of Pueblo County Sheriff's Office do hereby certify

that I received the within and foregoing Summons, Amended Complaint on 28th day

of August, 2017, and that I served the same on:

```
     ANITA  CANALES                         (Defendant        )
     1131 E EVANS AVE
     Pueblo, CO  81004
     Served on: 19th day of September, 2017 at 11:41:00   by Dazzo S
     Served to: Anita Canales                    Defendant
                1131 E EVANS AVE
                Pueblo, CO  81004
```

Returned on the 21st day of September, 201

I also certify that I endorsed on the said copy the date of service, signed my

name, and added my official title thereto.

Dated the 21st day of September, 2017

```
Fees:
   Service:      35.00        Kirk M Taylor, Sheriff
   Mileage:       4.50        Pueblo County Sheriff's Office, Colorado
   Other  :       0.00
   Total  :      39.50        BY: _____
                              Authorized Representative
                              Civil Division
```

Service Fee: $_____

Subscribed and sworn before me this _21st_ day of _September_, 2017.

_____
Notary Public
909 Court Street
Pueblo, Colorado  81003

My commission expires: _1/12/2019_____

                    **GERRE L MASON**
                    **NOTARY PUBLIC**
                  **STATE OF COLORADO**
                 NOTARY ID 19974020275
            MY COMMISSION EXPIRES JANUARY 12, 2019

FILED IN MY OFFICE
DISTRICT COURT CLERK
9/27/2017 4:54:42 PM
KATIE ESPINOZA
Janet Bloomer

STATE OF NEW MEXICO
COUNTY OF CHAVES
FIFTH JUDICIAL DISTRICT

JOE GUTIERREZ,

     Petitioner,

v.                             **Cause No. D-504-CV-2017-00421**

THE HARTFORD INSURANCE,
ANITA CANALES, and
GEICO INSURANCE COMPANY,

     Defendants.

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
## TO RECOVER DAMAGES

Comes NOW. Defendant Government Employees Insurance Company (GEICO), by and through its undersigned attorneys Chapman and Priest P.C., (Stephen M. Simone/Jessica Singer), and for its Answer to the Plaintiff's Amended Complaint to Recover Damages states as follows:

1.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 1 and therefore denies the same.

2.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 2 and therefore denies the same.

3.     Defendant GEICO admits the allegations contained in paragraph 3.

4.     Defendant GEICO admits the allegations contained in paragraph 4.

5.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 5 and therefore denies the same.

6.     Defendant GEICO admits the allegations contained in paragraph 6.

7.      Defendant GEICO admits the allegations contained in paragraph 7.

**FACTS**

8.      Defendant GEICO is without information as to the truth of the allegations contained in paragraph 8 and therefore denies the same.

9.      Defendant GEICO is without information as to the truth of the allegations contained in paragraph 9 and therefore denies the same.

10.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 10 and therefore denies the same.

11.     Defendant GEICO is without information as to the truth of the allegations of contained in paragraph 11 and therefore denies the same.

12.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 12 and therefore denies the same.

13.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 13 and therefore denies the same.

14.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 14 and therefore denies the same.

15.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 15 and therefore denies the same.

16.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 16 and therefore denies the same.

17.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 17 and therefore denies the same.

18.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 18 and therefore denies the same.

19.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 19 and therefore denies the same.

## Unjust Enrichment (The Hartford Insurance)

20.     Defendant GEICO re-alleges and incorporates by reference her previous responses to paragraphs 1 through 19 as though set forth fully herein.

21.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 21 and therefore denies the same.

22.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 22 and therefore denies the same.

23.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 23 and therefore denies the same.

## Fraud (The Hartford Insurance)

24.     Defendant GEICO re-alleges and incorporates by reference her previous responses to paragraphs 1 through 23 as though set forth fully herein.

25.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 25 and therefore denies the same.

26.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 26 and therefore denies the same.

27.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 27 and therefore denies the same.

28.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 28 and therefore denies the same.

29.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 29 and therefore denies the same.

## Unjust Enrichment (Anita Canales)

30.     Defendant GEICO re-alleges and incorporates by reference her previous responses to paragraphs 1 through 29 as though set forth fully herein.

31.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 31 and therefore denies the same.

32.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 32 and therefore denies the same.

## Fraud (Anita Canales)

33.     Defendant GEICO re-alleges and incorporates by reference her previous responses to paragraphs 1 through 32 as though set forth fully herein.

34.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 34 and therefore denies the same.

35.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 35 and therefore denies the same.

36.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 36 and therefore denies the same.

37.     Defendant GEICO is without information as to the truth of the allegations contained in paragraph 37 and therefore denies the same.

38.    Defendant GEICO is without information as to the truth of the allegations contained in paragraph 38 and therefore denies the same.

## Breach of Contract (GEICO)

39.    Defendant GEICO re-alleges and incorporates by reference her previous responses to paragraphs 1 through 38 as though set forth fully herein.

40.    Defendant GEICO admits the allegations contained in paragraph 40.

41.    Defendant GEICO is without information as to the truth of the allegations contained in paragraph 41 and therefore denies the same.

42.    Defendant GEICO denies the allegations contained in paragraph 42.

43.    Defendant GEICO denies the allegations contained in paragraph 43.

44.    Defendant GEICO denies the allegations contained in paragraph 44.

## AFFIRMATIVE DEFENSES.

1.    Plaintiff has failed to mitigate his damages, said defense being asserted to prevent waiver.

2.    Plaintiff's claim is limited to the coverage purchased on his GEICO policy.

3.    Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE having fully answered the complaint, Defendant GEICO prays that the complaint be dismissed at plaintiffs' cost and for such other relief as the court deems proper.

Respectfully submitted,

**CHAPMAN AND PRIEST, P.C.**

*Stephen M. Simone*

Stephen M. Simone
Jessica Singer
PO Box 92438
Albuquerque, NM  87199
505-242-6000
stephensimone@cclawnm.com
ianalden@cclawnm.com
*Attorneys for GEICO*


I hereby certify the foregoing was served on the following counsel of record via the Odyssey File & Serve system on this _26_ day of ~~October~~ *Sept.* 2017:

John Sullivan Hightower
P.O. Box 550
Roswell, New Mexico  88202-0550
(575) 622-5440
(575) 622-5853 – facsimile


*Stephen M. Simone*

Stephen M. Simone

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/4/2017 2:29:28 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**CHAVES COUNTY**
**FIFTH JUDICIAL DISTRICT COURT**

**JOE GUTIERREZ**
**V.**
**THE HARTFORD INSURANCE COMPANY, ET. AL.**          **No: D-504-CV-2017-00421**

## NOTICE OF SCHEDULING CONFERENCE

NOTICE IS HEREBY GIVEN that a hearing in this case has been set before the Honorable Kea W. Riggs, as follows:

Date of Hearing:       **Monday, 4th day of December, 2017 at 9:45 AM**
Place of Hearing:      Chaves County Courthouse
                       400 N. Virginia St
                       Roswell, NM 88201
Matter to be Heard:
Comments:
Length of Hearing:     15 Minutes

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. The District Court complies with the Americans with Disabilities Act. Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made. Please contact us if an interpreter will be needed.

                              KATIE ESPINOZA
                              CLERK OF THE DISTRICT COURT

### CERTIFICATE OF SERVICE

I, the undersigned Employee of the District Court of Chaves County, New Mexico, do hereby certify that I served a copy of this document to all parties listed below on 10/4/2017.

STEPHEN M. SIMONE (E-SERVICE)
JOHN SULLIVAN HIGHTOWER (E-SERVICE)
JESSICA SINGER (E-SERVICE)

                       By:    **jb** _____

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/6/2017 2:11:20 PM
KATIE ESPINOZA
Janet Bloomer

STATE OF NEW MEXICO
COUNTY OF CHAVES
STATE OF NEW MEXICO


JOE GUTIERREZ,
              Plaintiff


vs


THE HARTFORD INSURANCE COMPANY,
ANITA CANALES, and GEICO INSURANCE COMPANY,
                              Defendants


                                        CV-2017-421



                        RESPONSE

Page I

I Amita Canales was served the Summon of Case P-504-CV2017-004 21 on September 19, 2017 by Daputy Sam Dazzo.

First of all I am not a Resident of Roswell, New Mexico, the last time I lived there was the Summer of 1971.

I moved with Joe Gutierrez May 6, 2016 at his place of resident at Hondo, New Mexico. He and I had a man, wowen relationship for almost a year. He knew I was having problem with my Previous Car. We communicated everyday by Text and Telephone. About mid April 2016 Joe was Checking online for a Vechile. Joe Gutierrez had text or e-mail the photo of the 2005 Cheu Impala said this is your Car. this was some time on the last week of April 2016.

I have not transferred the title into my name. I had the original Title of the 2005 Chev Impala and it was on my name.

Joe and I had gone together To Ruidoso, New to the Vehicle Registration when I showed my Colorado ID Drivers License the Clerk said I have to have a New Mexico ID. to register the Car. Joe Gutierrez insisted of registering the car that same day. Joe asked the Clerk is their a other way of doing it. She said if you place under your Auto Insurance than we can register the Vehicle under her name. By the time we got home to Hondo which is a 25 minute drive from Ruidoso, N.M. Joe said for me to put the the 2005 impala under my Insurance, Which at that time it was the AARP the Hartford So I did.

Page III

I was placing job applications for
Personal Care Provider was not having
much Luck. Had only one Client in
the Hondo area.

So the Thursday before Memorial
Day weekend of 2016. Joe Gutierrez
said go back to Pueblo, CO you say
the place you were working at
Pueblo will take you back

So he placed 5-20 dollar bills on the
Kitchen table, he said this should
Cover for gas money.

Two days later it was Saturday I
got home from work about 5:30 p.m.
here in Pueblo, CO. Parked the Car
but in the Street Front of my house.
Sunday morning I was going out to get
Coffee notice it was gone.

I called my insurance The Hartford
and reported it Stolen. I was
Suppose to work that Sunday too.

If you need to contact me.
Phone 719-281-9651
        Anita Canales

FILED IN MY OFFICE
DISTRICT COURT CLERK
10/25/2017 2:03:42 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

**JOE GUTIERREZ,**

>       **Petitioner,**

**v.**                                                    **Cause No. D-504-CV-2017-00421**

**THE HARTFORD INSURANCE,**
**ANITA CANALES, and**
**GEICO INSURANCE COMPANY,**

>       **Defendants.**

<u>**MOTION TO APPEAR TELEPHONICALLY**</u>

Comes NOW, the undersigned counsel for GEICO and hereby requests the Court for an Order allowing the undersigned to attend the Scheduling Conference set for December 4, 2017 at 9:45 a.m. telephonically and as grounds therefore states that telephonic appearance will reduce expenses to GEICO but will not adversely affect the hearing.

Opposing counsel has been contact and does not oppose this motion.

>       Respectfully submitted,

>       **CHAPMAN AND PRIEST, P.C.**


>       Stephen M. Simone
>       Jessica Singer
>       PO Box 92438
>       Albuquerque, NM  87199
>       505-242-6000
>       stephensimone@cclawnm.com
>       ianalden@cclawnm.com
>       *Attorneys for GEICO*

I hereby certify the foregoing was served on the following counsel of record via the Odyssey File & Serve system on this _25_ day of October, 2017:

John Sullivan Hightower
P.O. Box 550
Roswell, New Mexico  88202-0550
(575) 622-5440
(575) 622-5853 – facsimile
jsh@sbcw.com


_Stephen M. Simone_
Stephen M. Simone

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/2/2017 11:18:54 AM
KATIE ESPINOZA
Janet Bloomer

STATE OF NEW MEXICO
COUNTY OF CHAVES
FIFTH JUDICIAL DISTRICT

JOE GUTIERREZ,

      Petitioner,

v.                          **Cause No. D-504-CV-2017-00421**

THE HARTFORD INSURANCE,
ANITA CANALES, and
GEICO INSURANCE COMPANY,

      Defendants.

## ORDER TO APPEAR TELEPHONICALLY

THIS MATTER having come before the Court on Motion by GEICO counsel to appear telephonically at the Scheduling Conference set for December 4, 2017 at 9:45 a.m. and the Court having reviewed said Motion and noting no objection, find the Motion is well-taken.

IT IS THEREFORE order that counsel for GEICO may appear telephonically at the Scheduling Conference on December 4, 2017 at 9:45 a.m.

_____
THE HONORABLE KEA RIGGS
DISTRICT COURT JUDGE



Approved by:


/s/ Stephen M. Simone
Stephen M. Simone
Jessica Singer
PO Box 92438
Albuquerque, NM  87199
505-242-6000
stephensimone@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEIC*


Approved via email 10/25/17
John Sullivan Hightower
P.O. Box 550
Roswell, New Mexico  88202-0550
(575) 622-5440
(575) 622-5853 – facsimile
jsh@sbcw.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
11/28/2017 2:00:11 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

**JOE GUTIERREZ,**

      **Plaintiff,**

**v.**                                    **Cause No. D-504-CV-2017-00421**

**THE HARTFORD INSURANCE**
**COMPANY, ET. AL.**
      **Defendants.**

## MOTION FOR CONTINUANCE

COMES NOW Plaintiff, by and through his attorney of record, Sanders, Bruin, Coll & Worley P.A. (John S. Hightower) and for his Motion to Continue hereby states:

1.     A Scheduling Conference is set for Monday, December 4, 2017 at 9:45 a.m.

2.     Plaintiff's attorney is still working on serving The Hartford Insurance Company.

3.     Defendant agrees/opposes to the continuance.

4.     Attached to this Motion is a list of Non-Availablity Dates for Plaintiff's attorney.

WHEREFORE, Plaintiff respectfully requests that this Court continue the Scheduling Conferecne that is set for Monday, December 4, 2017 at 9:45 a.m. until further order of the Court.

Respectfully submitted,

SANDERS, BRUIN, COLL & WORLEY P.A.

John S. Hightower
P.O. Box 550
Roswell, NM  88202-0550
575-622-5440
Attorneys for Plaintiff

I certify that I e-filed a copy of the
foregoing through the Court's Mandatory
Electronic Filing System causing a copy
of the same to be e-served on all parties
of record on this *28th* day of November, 2017:

By: _____
        John S. Hightower

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/1/2017 9:54:24 AM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

**JOE GUTIERREZ,**

      **Plaintiff,**

**v.**                         **Cause No. D-504-CV-2017-00421**

**THE HARTFORD INSURANCE**
**COMPANY, ET. AL.**
      **Defendants.**

## ORDER FOR CONTINUANCE

THIS MATTER having come upon Plaintiff's Motion for Continuance, the Court finds

the Motion is well taken.

IT IS HEREBY ORDERED that the hearing presently set in the Scheduling Conference

for December 4, 2017 at 9:45 a.m. will be continued and will be reset ~~for~~ *at the request*

*of counsel.* KWR ~~.m.~~

_____
Honorable Kea W. Riggs
District Judge

APPROVED AS TO FORM AND SUBSTANCE:

Sanders, Bruin, Coll & Worley P.A.

By: _____
      John S. Hightower

XC: Counsel (E-service)

P.O. Box 550
Roswell, NM  88202-0550
575-622-5440
Attorneys for Plaintiff

By: *Approved Electronically 11/28/17 @ 1:42 p.m.*
         Stephen M. Simone
*Simone, Roberts & Weiss, P.A.*
1700 Louisiana Blvd. NE, #240
Albuquerque, NM  87110-7008
Telephone - 505-298-9400
Fax    505-298-7070
ssimone@srw-law.com

By:  *No Response 11/28/2017*
         Jessica Singer
Chapman and Charlebois, P.C.
4001 Osuna Rd. NE #2-203
P.O. Box 92438
Albuquerque, NM  87199-2438
Telephone – 505-242-6000
Fax – 505-213-0561
jessica@cclawnm.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
12/13/2017 1:56:04 PM
KATIE ESPINOZA
Janet Bloomer

**STATE OF NEW MEXICO**
**COUNTY OF CHAVES**
**FIFTH JUDICIAL DISTRICT**

**JOE GUTIERREZ,**

      **Plaintiff,**

**v.**                                                                     **D-504-CV -2017-00421**

**THE HARTFORD INSURANCE,**
**ANITA CANALES, and**
**GEICO INSURANCE COMPANY,**

      **Defendants.**

## MOTION FOR SUMMARY JUDGMENT

Defendant GEICO Insurance Company (hereinafter "GEICO"), by and through its counsel of record, Chapman and Priest, P.C., (Stephen M. Simone and Larissa Breen), hereby files this Motion for Summary Judgment pursuant to Rule 1-056(B) NMRA. In support of its motion, GEICO states as follows.

### I.    INTRODUCTION

Plaintiff filed his Amended Complaint to Recover Damages on August 7, 2017. Plaintiff alleges that he had permitted Anita Canales to use one of his vehicles, which was covered by an automobile insurance policy with GEICO. While the vehicle was titled in her name and also under her personal insurance, the vehicle was stolen. Ms. Canales reported the stolen vehicle to her insurance carrier, Hartford Insurance. At that point, Plaintiff alleges Hartford Insurance accepted and paid the claim to Ms. Canales. Plaintiff stated he notified GEICO of the loss and they refused to pay the claim.

Plaintiff's Complaint states his claim against GEICO is for Breach of Contract. Specifically, he alleges that he had a contract with GEICO to insure the Chevrolet Impala at issue in this suit. *See* Complaint ¶40. Plaintiff claims that when the vehicle was stolen,

1

all conditions requiring GEICO to fulfill its obligations under the contract occurred. *See* Complaint 42. Therefore, by not paying the claim GEICO did not do something the contract obligated them to do. Complaint ¶43.

Plaintiff's claim must fail, however, because at the time of the loss Plaintiff did not have comprehensive coverage for any vehicle on his insurance policy, including the Chevrolet Impala being used by Ms. Canales. As Plaintiff had not contracted for comprehensive coverage for the Impala, it was not a breach of the contract for GEICO to not pay the claim when the vehicle was stolen. Thus, Plaintiff's Complaint against GEICO must be dismissed as a matter of law.

Due to the nature of this Motion, it is presumed Plaintiff is opposed.

## II.     UNDISPUTED FACTS

The Chevrolet Impala was stolen in May of 2016. At the time of the theft, Plaintiff held an automobile insurance policy with GEICO Insurance Company for four vehicles. This included the 2005 Chevrolet Impala bearing VIN #2G1WF5ZK55932263. *See* Declarations Page for Policy Number: 4144-03088-92 for Named Insured Joe S. Gutierrez, attached as **Exhibit A.**

## III.    SUMMARY JUDGMENT STANDARD

The court shall grant summary judgment when the "pleadings, depositions, answers to interrogatories and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact." Rule 1-056(C), NMRA. If there is no genuine issue of material fact, the moving party is entitled to judgment as a matter of law. *Id.* Summary judgment may be granted "when the moving party has met its initial burden of establishing a prima facia case for summary judgment." *Romero v. Philip Morris Inc.,*

2010-NMSC-035, ¶10, 148 N.M. 713, 242 P.3d 280. The moving party has met this burden when it has presented evidence "sufficient in law to raise a presumption of fact. . . unless rebutted." Id. (internal citations omitted). Once the moving party has made a prima facie case that it is entitled to judgment as a matter of law, the burden shifts to the non-moving party to show there are evidentiary facts that would require a trial on the merits. *Id.*

## IV.    ARGUMENT

In this case, Plaintiff does not dispute that he had an automobile insurance policy with GEICO at the time the Chevrolet Impala was stolen. That is the heart of his claim. However, the declarations page for the policy speaks for itself, and it does not state that comprehensive coverage applied to any of the vehicles under the policy, including the Impala. Plaintiff cannot argue that the policy was in place, but ask to disregard its very terms. Therefore, since there is no dispute that Policy Number 4144-03088-92 was the governing automobile insurance policy for the Chevrolet Impala at the time of the theft, and since there is no comprehensive coverage applied under that policy, Plaintiff's Complaint must be dismissed.

**WHEREFORE**, Defendant GEICO respectfully requests the Court grant its Motion for Summary Judgment and dismiss with prejudice Plaintiff's Complaint and all causes of

action against Defendant GEICO and for such other and further relief as the Court deems just and proper.

Electronically Filed,

**CHAPMAN AND PRIEST, P.C.**

*Stephen M Simone*

Stephen M. Simone
Larissa Breen
P.O. Box 92438
Albuquerque, NM  87109
Tel: (505) 242-6000
stephensimone@cplawnm.com
larissabreen@cplawnm.com

I hereby certify the foregoing was served on the following counsel of record via the Odyssey File & Serve system on this 13th day of December 2017.

John Sullivan Hightower
Sanders, Bruin, Coll & Worley P.A.
P.O. Box 550
Roswell, NM 88202-0550
*Attorney for Plaintiff*

And via USPS to:

Anita Canales
1131 E. Evans Avenue
Pueblo, Colorado 81004

*Stephen M Simone*

Stephen M. SImone

# A F F I D A V I T

I, RUBEN S. GARAY, of GOVERNMENT EMPLOYEES Insurance Company, a corporation organized and existing under the laws of the State of Maryland, do hereby certify that the attached are the policy limits, contract and amendments that were in effect for policy number 4144 03 88 92 for the loss date of MAY 31, 2016 issued to JOE S GUTIERREZ policy address is PO BOX 162 HONDO NM 88336-0162 by GOVERNMENT EMPLOYEES Insurance Company.

_____
Ruben S.  Garay
Claims Coverage Underwriter

Subscribed and sworn before me this _22nd_____ day of _September_____ 2017.

CELIA A RODRIGUEZ
My Commission Expires
October 22, 2019

_____
Notary Public

COV1





**GEICO.**
geico.com ®     Tel: 1-800-841-3000

**GOVERNMENT EMPLOYEES INSURANCE COMPANY**
P.O. Box 509090
San Diego, CA 92150-9090

Date Issued: May 31, 2016

JOE S GUTIERREZ
PO BOX 162
HONDO NM  88336-0162

Email Address: joseph_69_82@yahoo.com

# Declarations Page

This is a description of your coverage.
Please retain for your records.

**Policy Number: 4144-03-88-92**
**Coverage Period:**
04-15-16 through 10-15-16
12:01 a.m. local time at the address of the named insured.

Endorsement Effective: 05-31-16

| Named Insured | Additional Drivers |
|---|---|
| Joe S Gutierrez | None |

| Vehicles | | | VIN | Vehicle Location | Finance Company/ Lienholder |
|---|---|---|---|---|---|
| 1 1993 Ford | T Bird LX | | 1FAPP624XPH108477 | Hondo NM 88336 | |
| 2 1995 Ford | T Bird Sup | | 1FALP64R9SH203161 | Hondo NM 88336 | |
| 3 1997 Ford | F250 Hvdty | | 1FTHX25F4VEC37897 | Hondo NM 88336 | |
| 4 2005 Chev | Impala | | 2G1WF52K559322630 | Hondo NM 88336 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 | Vehicle 2 | Vehicle 3 | Vehicle 4 |
|---|---|---|---|---|---|
| **Bodily Injury Liability** | | | | | |
| Each Person/Each Occurrence | $25,000/$50,000 | $39.70 | $33.00 | $33.00 | $40.50 |
| Property Damage Liability | $25,000 | $38.00 | $31.50 | $31.50 | $36.70 |
| Medical Payments | $1,000 | $5.30 | $2.90 | $4.90 | $3.40 |
| **Uninsured Motorists Bodily Injury** | | | | | |
| Each Person/Each Occurrence | $25,000/$50,000 | $27.90 | $27.90 | $27.90 | $27.90 |
| Uninsured Motorist Property Damage | $25,000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Six Month Premium Per Vehicle** | | **$110.90** | **$95.30** | **$97.30** | **$108.50** |
| **Total Six Month Premium** | | | | | **$412.00** |

*Coverage applies where a premium or $0.00 is shown for a vehicle.

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment. The fee amount will be shown on your billing statements and is subject to change.

T-C
DEC_PAGE (03-14)  (Page 1 of 2)

Continued on Back
Policy Change Page 5 of 8

*2D040141440388923001400035S*

**Discounts**

| | |
|---|---:|
| **The total value of your discounts is** | **$157.90** |
| Seatbelt (Veh 1, 2, 3, 4)........................................................................................................ | $2.80 |
| Multi-Car (Veh 1, 2, 3, 4) ...................................................................................................... | $94.30 |
| 5 Year Good Driving (Veh 1, 2, 3, 4)..................................................................................... | $56.50 |
| Passive Restraint/Air Bag (Veh 2, 4).................................................................................... | $4.30 |

**Contract Type:** A70NM
**Contract Amendments:** ALL VEHICLES - A54ED1 A54NM A70NM

---

### Important Policy Information

-Congratulations! You have earned the free Accident Forgiveness benefit. That means we will waive the surcharge associated with the first at-fault accident caused by an eligible driver on your policy.

-Please review the front and/or back of this page for your coverage and discount information.

-Special 50+ rating applies.

-No coverage is provided in Mexico.

-Reminder - Physical damage coverage will not cover loss for custom options on an owned automobile, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. This reminder does NOT apply in VIRGINIA and NORTH CAROLINA. Please call us at 1-800-841-3000 or visit us at geico.com if you have any questions.

-Claims incurred while an insured vehicle is being used to carry passengers for hire may not be covered by this contract. Please review the contract for a full list of exclusions and contact us if you plan to use any of your insured vehicles for this purpose.

-Your 1995 JEEP has been replaced by the 2005 CHEV.

---

FILED IN MY OFFICE
DISTRICT COURT CLERK
1/2/2018 4:03:19 PM
KATIE ESPINOZA
Janet Bloomer

STATE OF NEW MEXICO
COUNTY OF CHAVES
FIFTH JUDICIAL DISTRICT

JOE GUTIERREZ,

      Plaintiff,

v.                                         **D-504-CV -2017-00421**

THE HARTFORD INSURANCE,
ANITA CANALES, and
GEICO INSURANCE COMPANY,

      Defendants.

## STIPULATION OF DISMISSAL

COMES NOW, the Plaintiff, Joseph Gutierrez and Defendant GEICO Insurance Company (hereinafter "GEICO"), by and through their counsel of record, Sanders, Bruin, Coll & Worley P.A, (John Sullivan Hightower) and Chapman and Priest, P.C., (Stephen M. Simone and Larissa Breen), hereby stipulate to the dismissal without prejudice of all claims Plaintiff has against GEICO.

The Honorable Kea W. Riggs
District Court Judge

1

Submitted by:

**CHAPMAN AND PRIEST, P.C.**

/s/ Stephen M. Simone
Stephen M. Simone
Larissa Breen
P.O. Box 92438
Albuquerque, NM  87109
Tel: (505) 242-6000
stephensimone@cplawnm.com
larissabreen@cplawnm.com

Approved via email 12/26/17
John Sullivan Hightower
Sanders, Bruin, Coll & Worley P.A.
P.O. Box 550
Roswell, NM 88202-0550
jsh@sbcw.com
*Attorney for Plaintiff*

| **SUMMONS for AMENDED COMPLAINT TO RECOVER DAMAGES** | |
|---|---|
| **Fifth Judicial District Court:** <br> **Chaves County** <br> **New Mexico** <br> Court Address: P.O. Box 1776 <br> Roswell, NM 88202-1776 <br> Court Telephone No.: 575-622-2212 | Case Number: D-504-CV-2017-00421 <br><br><br> Judge: Kea W. Riggs |
| **Plaintiff** <br> **Joe Gutierrez** <br><br> **v.** <br><br> **The Hartford Insurance Company** <br> **Anita Canales and Geico Insurance** <br> **Company** <br> **Defendants** | **Defendant** <br><br> Name: The Hartford Insurance Company <br> C/o Registered Agent <br> 3600 Wiseman Blvd. <br> San Antonio, TX 78251 |

ORIGINAL: To Be Returned to Clerk of District Court for Filing.

**TO THE ABOVE-NAMED RESPONDENT (S)/PETITIONER: Take notice that**

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA.) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person(s) who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You must contact the State Bar of New Mexico for help finding a lawyer. You may contact the State Bar of New

Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ____Roswell____, New Mexico, this __23rd__ day of August ____, 2017.

By: _Janet Bloomer_
       Deputy



John S. Hightower
P.O. Box 550
Roswell, NM 88202-0550
Telephone No.: (575) 622-5440
Fax No.: (575) 622-5853
Email Address: jsh@sbcw.com

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

**RETURN**

STATE OF ~~NEW MEXICO~~ *Texas* }
                                    }ss.
COUNTY OF ~~Chaves~~ *Bexar* }

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in ~~Chaves~~ county on the *26* day of *December*
_____, 2017 by delivering a copy of this summons', with a copy of the complaint attached, in the following manner: (check on box and fill in appropriate blanks)

- o   To Defendant _____ ( *used when Defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint)*
- o   To Defendant by [mail] [courier service] as provided by Rule 1004 NM RA *(used when service is by mail or commercial courier service*
- o   To _____ a person over fifteen (15) years of age and residing at the usual place of abode of Defendant, *(used when the Defendant is not presently at place of abode)* a copy of the summons and complaint
- o   To _____, the person apparently in charge at the actual place of business or employment of the Defendant and by mailed by first *class mail* to the Defendant *at (insert Defendant's business address)* and by mailing the summons and complaint by first class mail to the Defendant *at (insert Defendant's last known mailing address).*
- o   To _____ an agent authorized to receive service of process for Defendant _____ to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of Defendant *(used when Defendant is a minor or an incompetent person).*
- ☒   To *Sam Shuler* (name of person), *Manager* , *(title of person authorized to receive service. Use this alternative when the Defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustee, the State of New Mexico or any political subdivision).*

Fees: _____

_____
Signature of person making service

*Process Server #1166*
Title (if any)

Subscribed and sworn to before me this *26* day of *December*, 2017.

_____
Judge, notary or other officer authorized
To administer oaths

*Notary Public for Texas*
Official title

My Commission By:
*7-11-19*

ROBERT S. MARIN
Notary Public, State of Texas
Comm. Expires 07-11-2019
Notary ID 128671542

## CAUSE NO. D-504-CV-2017-00421

| | | |
|---|---|---|
| Joe Gutierrez | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FIFTH JUDICIAL DISTRICT COURT |
| | § | |
| The Hartford Insurance Company, Anita Canales and | § | |
| Geico Insurance Company | | |
| Defendant. | § | CHAVES COUNTY, NEW MEXICO |

### AFFIDAVIT OF SERVICE

On this day personally appeared **Ben Davila Jr.** who, being by me duly sworn, deposed and said:

"The following came to hand on Dec 21, 2017, 6:00 pm,

**SUMMONS, AMENDED COMPLAINT TO RECOVER DAMAGES,**

and was executed at 3600 Wiseman Blvd, San Antonio, TX 78251 within the county of Bexar at 05:18 PM on Tue, Dec 26 2017, by delivering a true copy to the within named

**SAN SHULER ACCEPTED ON BEHALF OF THE HARTFORD INSURANCE COMPANY, C/O REGISTERED AGENT**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

**Ben Davila Jr.**
SCH#11661

BEFORE ME, a Notary Public, on this day personally appeared Ben Davila Jr., known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON ___12/26/2017___

Notary Public, State of Texas

ROBERT S. MARIN
Notary Public, State of Texas
Comm. Expires 07-11-2019
Notary ID 128671542